IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25-cv-1514 (LMB/WBP) |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 4, 2025, defendant Navy Federal Credit Union filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). [Dkt. No. 10]. Fourteen days later, rather than filing an amended complaint, plaintiff Robert Flowers filed an 18-page opposition to defendant's Motion to Dismiss, [Dkt. No. 14], to which defendant filed a 14-page reply, [Dkt. No. 16]. Defendant's Motion to Dismiss is currently pending; however, on December 4, 2025, after defendant filed its reply, plaintiff filed a "Motion for Leave to File [sic] Amended Complaint" ("Motion for Leave"). [Dkt. No. 17]. Attached to plaintiff's Motion for Leave are emails in which defense counsel indicated that defendant did not consent to plaintiff's request to file an amended complaint, explaining that plaintiff's delay in seeking leave to file an amended complaint until after the parties had fully briefed defendant's Motion to Dismiss required defense counsel "to spend additional client resources filing the reply brief." Id. Although the Court agrees with defendant's concerns, Federal Rule of Civil Procedure 15(a)(2) encourages courts to freely give leave to amend when justice so requires. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Leave, [Dkt. No. 17], is GRANTED on the condition that plaintiff reimburse defendant for the reasonable attorney's fees needed to prepare

its reply brief. Once plaintiff reimburses defendant, plaintiff may file the Amended Complaint as a separate docket entry; and it is further

ORDERED that defendant's Motion to Dismiss, [Dkt. No. 10], be and is DENIED as moot. Defendant may file a renewed Motion to Dismiss once plaintiff files the Amended Complaint; and it is further

ORDERED that the hearing scheduled for Friday, December 19, 2025 be and is CANCELLED.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 8th day of December, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge